## DECISION

No. 1297

The application of the above-named defendant for a review of the sentence of 40 years; DANGEROUS imposed on November 14, 1979, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence be amended to 40 years, NON-DANGEROUS.

Reasons for the amendment are:

(1) No previous criminal record;

(2) The statute was not complied with;

(3) Insufficient reasons stated by sentencing judge; and

(4) The Defendant received the maximum sentence.

HON. JOHN HENSON DISSENTS: He felt the sentence imposed was justified.

We wish to thank Brad Newman of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 6th day of January, 1984.

### SENTENCE REVIEW DIVISION

Joseph B. Gary, Mark P. Sullivan, John S. Henson

From: The District Court of the Fourth Judicial District, County of Missoula, STATE OF MONTANA, Plaintiff vs. EUGENE EDWARD YOUNG, Defendant.

## DECISION

No. DC-6243

The application of the above-named defendant for a review of the sentence of 20 years with 12 years suspended: DANGEROUS imposed on February 14, 1983 was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

The Defendant has a very extensive prior record and the sentence imposed by the Sentencing judge was very similar to what the Probation Officer recommended. Therefore, this Board finds that the sentence imposed was fair and just.

We wish to thank Curt Bevolden of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 6th day of January, 1984.

### SENTENCE REVIEW DIVISION

Joseph B. Gary, Mark P. Sullivan, John S. Henson

From: The District Court of the Fourth Judicial District, County of Missoula, STATE OF MONTANA, Plaintiff vs. DALE ALLEN KELLY, Defendant.